Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff BENJAMIN PARSONS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN PARSONS, | Case No.: 1:18-CV-00892 JDP |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Benjamin Parsons ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to March 27, 2019; and that Defendant shall have until April 26, 2019, to file her opposition. Any reply by plaintiff will be due May 10, 2019.

This is Plaintiff's first extension and an extension of time is needed for in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 22, 2019      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff BENJAMIN PARSONS

DATED:  February 22, 2019      MCGREGOR W. SCOTT
United States Attorney


*/S/- Sharon Lahey

_____
Sharon Lahey
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS SO ORDERED.

Dated:   February 26, 2019                   _____
                                              UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including March 27, 2018, in which to file Plaintiff's Motion for Summary Judgment; Defendant may have an extension of time to April 26, 2019 to file her opposition, if any is forthcoming. Any reply by plaintiff will be due May 10, 2019.

IT IS SO ORDERED.

DATE:

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE